UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FAYED,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF CDCR, et al.,<br><br>Defendants. | No. 2:25-cv-2877 WBS CSK P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 05, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations, but on December 8, 2025 filed a Supplement to his Complaint.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 7) are adopted in full;

1

  2. Plaintiff's motion to vacate his consent to magistrate judge jurisdiction under 28 U.S.C. § 636(c) (ECF No. 6) is granted; and

  3. Plaintiff's motion to reassign this case solely to a district judge (ECF No. 6) is denied.

Dated: December 10, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/faye25cv2877.800

2